**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE GUARANTEE TITLE & TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | Case No.: 06 C 2402 |
| v. | ) ) | Judge: Dow |
| | ) ) | |
| AMERITITLE, INC., | ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF JUDGMENT ON COUNT I
<u>IN SEPARATE DOCUMENT</u>**

COMES NOW Plaintiff Guarantee Title & Trust Company ("Guarantee Title"), and by and through its undersigned counsel, moves the court to enter judgment on Count I of Guarantee Title's Complaint in a separate document, pursuant to Federal Rule of Civil Procedure 58. In support of this Motion, Guarantee Title states as follows:

1. On or about October 17, 2007 this Court issued a Statement ruling on Guarantee Title's pending motion for summary judgment ("the Statement"). A true and accurate copy of the Statement is attached hereto and incorporated by reference as **Exhibit 1**.

2. In the Statement, the Court denied Guarantee Title's motion for summary judgment as moot to Count I, which requested an accounting. The Court found the claim moot because the parties agreed that AmeriTitle, Inc. ("AmeriTitle") owes Guarantee Title $126,124.86 for premiums on policies that AmeriTitle has issued and collected. <u>See</u> Exhibit 1, at 4.

3. As part of the Statement, the Court entered an agreed partial judgment in favor of Guarantee Title and against AmeriTitle on Count I of Guarantee Title's Complaint for $126,124.86. See id.

4. Federal Rule of Civil Procedure 58(a) provides that every judgment must be set out in a separate document. Fed. R. Civ. P. 58(a).

5. Under Rule 58(d), "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)." Fed. R. Civ. P. 58(d).

6. The Court has not yet entered the partial judgment set forth in the Statement as a judgment in a separate document as required by Federal Rule of Civil Procedure 58(a).

7. Attached as **Exhibit 2** is a proposed Order entering judgment in favor of Guarantee Title and against AmeriTitle for $126,124.86 as to Count I of Guarantee Title's Complaint.

WHEREFORE, Plaintiff Guarantee Title & Trust Company prays that this Court enter judgment on Count I of Guarantee Title's Complaint in a separate document as set forth in Exhibit 2 and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC


By:   /s/  CARINA SEGALINI
     S. JAY DOBBS  (#6209247)
     MICHELLE L. CLARDY  (#6284739)
     100 South Fourth Street, Suite 1100
     St. Louis, Missouri  63102
     (314) 889-8000
     Fax No. (314) 231-1776

     CARINA M. SEGALINI  (#6287348)
     Two Prudential Plaza
     180 N. Stetson Avenue, Ste. 4525
     Chicago, IL 60601
     (312) 819-1900
     Fax No. (312) 819-1910

ATTORNEYS FOR PLAINTIFF
THE GUARANTEE TITLE & TRUST COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of June, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven Howard Gistenson
Bethany Naomi Schols
Schwartz, Cooper, Greenberger & Krauss
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601

Kristen Robert Murphy
Gordon & Pikarski
303 W. Madison
Suite 1800
Chicago, IL 60606

/s/ CARINA SEGALINI